and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

WALTER A. RUKEYSER, Respondent, v. AMTORG TRADING CORPORATION and ARCHIL V. MIKADZE, Appellants, Impleaded with Others.— Orders so far as appealed from modified by further allowing items 9 and 12 of the notice of motion, and as so modified affirmed, with ten dollars costs and disbursements to the appellants. The verified bill of particulars to be served within twenty days from service of order. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

In the Matter of the Petition of SHEPARD & MORSE LUMBER COMPANY, Respondent, for an Order Directing that Arbitration Proceed between SHEPARD & MORSE LUMBER COMPANY and CITY FLOORING CORPORATION as Provided in a Certain Contract between Them. CITY FLOORING CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

LEON J. ARNOLD, Respondent, v. ALEXANDER H. BURGESS, as President of ALLIED BUILDING METAL INDUSTRIES, an Unincorporated Association of More Than Seven Members, and Others, Appellants.— Order modified by requiring discovery of only so much o⁴ the correspondence and minutes of the association as relates to the subject-matter of the action, to be determined by the referee to be appointed, and as so modified affirmed. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

LOUIS LOWENSTEIN, Respondent, v. RALPHINA LOWENSTEIN, Appellant.— Order affirmed. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

ETHEL COHN, Appellant, v. HARRY COHN, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

DAVID SONNENBLICK, Appellant, v. GRAYSHIRE DRESS Co., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

BRYANT PARK BUILDING, INC., Judgment Creditor, Respondent, v. MILLINERY SYNDICATE Co., INC., Judgment Debtor, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

BRYANT PARK BUILDING, INC., Judgment Creditor, Respondent, v. MILLINERY SYNDICATE Co., INC., Judgment Debtor, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

GUSSIE THOMASPOLSKY, Appellant, v. GABRIEL REAL ESTATE CORPORATION, Respondent, Impleaded with Another.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.